

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2014

No. 04-13-00505-CR

Christopher G. **CARRINGTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR8418A
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on December 16, 2013. Appellant's first motion requesting an extension of time to file the brief was granted, extending the deadline for filing the brief to January 15, 2014. The brief has not been filed. On January 22, 2014, appellant's attorney was ordered to respond to this court in writing by February 3, 2014, stating a reasonable explanation for failing to timely file the brief and demonstrating the steps being taken to remedy the deficiency. Our order stated that if appellant's attorney failed to file an adequate response by the stated deadline, this appeal would be abated to the trial court for an abandonment hearing, and the trial court would be asked to consider whether sanctions are appropriate against appellant's attorney. TEX. R. APP. P. 38.8(b)(2). No response was filed.

Pursuant to rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we abate this case to the trial court and ORDER the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent? If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(3) Has appointed or retained counsel abandoned the appeal?  Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from the appellant. The trial court shall, however, order the appellant's counsel to be present at the hearing.

The trial court is further ORDERED to file  supplemental clerk's and reporter's records in this court, no later than thirty days from the date of this order, which shall include: (1) a transcription of the hearing and copies of  any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court

